UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In the Matter of )<br>)<br>The Southern Africa Enterprise Development Fund )<br>) | No. |

NOTICE TO THE CLERK OF CONFESSED JUDGMENT

Please commence proceedings pursuant to 10 Del. C. Section 2306 and D. Del. LR 58.1.1 to confess judgment on behalf of Carlton A. Masters, 3217 East West Highway, Chevy Chase, Maryland 20815 against the Southern Africa Enterprise Development Fund in the amount of $958,729.94 with no interest accruing. This Court has jurisdiction over SAEDF because SAEDF is a Delaware corporation.

Attached hereto is an Affidavit of Confessed Judgment, the Confessed Judgment and the SAEDF resolution authorizing the Confessed Judgment and waiving notice. SAEDF's mailing address is:

> Lucretia Chopera, Investment Manager
> Southern Africa Enterprise Development Fund
> Rosewood House, First Floor
> 33 Ballyclare Drive
> Bryanston, Gauteng
> South Africa 2191

> *[signature]*
> Elizabeth B. Sandza
> Counsel for SAEDF
> WILSON, ELSER, MOSKOWITZ,
> EDELMAN & DICKER LLP
> 700 11th Street NW
> Washington, DC 20001
> Delaware Bar # 1026

488430.1