

**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

Elizabeth B. Sandza
202.626.9091 (direct)
Elizabeth.Sandza@wilsonelser.com

November 19, 2012

VIA FEDEX
Office of the Clerk
U.S. District Court for the District of Delaware
844 N. King Street
Unit 18
Wilmington, DE 19801-3570
302-573-6170

12-1506

Re:   In the Matter of The Southern Africa Enterprise Development Fund
      Our File No.:        12258.00001

Dear Sir or Madam:

Enclosed please find a CD containing PDFs of the following documents for filing.

   Notice to the Clerk of Confessed Judgment
   Affidavit of Judgment by confession
   Confessed Judgment
   Notice Letter to Debtor of Confessed Judgment
   Resolution of the Board of Directors Authorizing Confessed Judgment

Also enclosed is an original of the following document authorizing entry of Confessed Judgment which we send to comply with Local Rule 58.1.1

   Resolution of the Board of Directors Authorizing Confessed Judgment

Please also find enclosed an envelope addressed to myself for return of the original resolution. Finally, we are enclosing a pre-paid FEDEX label for sending the notice letter to the debtor if you determine it is necessary to do so. Because the debtor is located in South Africa, FEDEX might be the most reliable and verifiable method of delivery. The Directors of the debtor have waived this notice, but they have no objection if it is sent anyway.

Please contact me if you have any questions about this filing.

Sincerely,

Wilson Elser Moskowitz Edelman & Dicker LLP

Elizabeth B. Sandza

FILED
NOV 21 2012
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

700 11th Street, NW, Suite 400 • Washington, DC 20001 • p 202.626.7660 • f 202.628.3606

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris
wilsonelser.com

489905.1



November 19, 2012
- 2 -

EBS:jet
Enclosures

489905.1