## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

In the Matter of ) 
) 
) No.
The Southern Africa Enterprise Development Fund ) 
)

## CONFESSED JUDGMENT

The Southern Africa Enterprise Development Fund hereby confesses judgment against it and in favor of Carlton A. Masters in the amount of U.S. $958,729.94.

_____
Peter Emerson, Director
Southern Africa Enterprise Development Fund

Sworn to before me on this

9th day of November 2012

_____
Notary Public

**ADRIANA E ORTIZ**
**Notary Public - State of New York**
**No. 01OR6232987**
**Qualified in Suffolk County**
**My Commission Expires Dec. 20, 2014**